JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 09-1136 AG (ANx) | Date | November 3, 2009 |
|----------|-----------------------|------|------------------|
| Title | JAMIE OJEDA v. INDYMAC BANK, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|------------------------|--------------------|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|

**Proceedings:**        **[IN CHAMBERS] ORDER DISMISSING CASE**

On October 20, 2009, this Court issued an order regarding pretrial matters ("October 20 Order"). The Court ordered Plaintiff, within 10 days, to file a declaration under penalty of perjury stating that there had been compliance with Rule 11(b) of the Federal Rules of Civil Procedure and specifically stating that the allegations supporting federal jurisdiction complied with Rule 11(b).

The October 20 Order stated:

> If the declaration required by paragraph 1 is not timely filed, the Court will assume Plaintiff does not wish to pursue this case at this time in federal court, and to avoid a dismissal with prejudice, this case will be immediately dismissed WITHOUT PREJUDICE.

(October 20 Order at 1-2.)

JS - 6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-1136 AG (ANx) | Date | November 3, 2009 |
|----------|------------------------|------|------------------|
| Title    | JAMIE OJEDA v. INDYMAC BANK, et al. | | |

Plaintiff has not filed the declaration required by the October 20 Order.  Accordingly, this case is dismissed without prejudice.

:   0

Initials of
Preparer        lmb